E-FILED
Monday, 23 May, 2005  04:16:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
MAY 2 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 98-40024-001 |
| MONTE J. FAUSETT, | ) | |
| Defendant, | ) | |
| WALGREEN COMPANY, | ) | |
| Garnishee. | ) | |

### ORDER

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

s/Joe B. McDade
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE

ENTERED: This 20th day of May, 2005.