# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 98-40024-001 |
| ) | |
| MONTE J. FAUSETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| WALGREEN COMPANY, ) | |
| ) | |
| Garnishee. ) | |

## **A F F I D A V I T**

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on MONTE J. FAUSETT, Defendant, on the 16th day of June, 2005 by placing the Writ in the United States mail, postage prepaid, addressed to his last known address in Midlothian TX 76065 along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

s/ Elizabeth L. Collins
_____
By:   Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth_collins@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:  June 16, 2005                              s/Elizabeth L. Collins

                                                                                        _____

By:    Elizabeth L. Collins, Bar No. 487864
       United States Attorneys Office
       318 S. 6th Street
       Springfield, IL 62701
       Phone: 217/492-4450
       Fax: 217/492-4888
       email: beth_collins@usdoj.gov

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **A F F I D A V I T**, has been made by placing in the United States mail, postage prepaid, addressed to:

>MONTE J. FAUSETT
>1600 N. 9th Street Apt. 914
>Midlothian, TX 76065
>
>WALGREEN COMPANY
>Corporate Headquarters
>Attn: Ms. Kathy Jarosch      .
>1417 Lake Cook #L253
>Deerfield, IL 60015

June 16, 2005

>s/ Elizabeth L. Collins
>_____
>By:   Elizabeth L. Collins, Bar No. 487864
>United States Attorneys Office
>318 S. 6th Street
>Springfield, IL 62701
>Phone: 217/492-4450
>Fax: 217/492-4888
>email: beth_collins@usdoj.gov