**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 98-40024-001 |
| ) | |
| MONTE J. FAUSETT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WALGREEN COMPANY, ) | |
| ) | |
| Garnishee. ) | |

**CERTIFICATE OF SERVICE**

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2836 1091 on June 20, 2005:

1. Clerk's Notice of Post Judgment Garnishment.
2. Instructions to Garnishee (including Answer)
3. Instructions to Defendant.
4. Application for Writ (including Memorandum).
5. Order of Writ.

Respectfully submitted,

s/ Elizabeth L. Collins

By:  Elizabeth L. Collins
Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

>MONTE J. FAUSETT
>1600 N. 9th Street Apt. 914
>Midlothian, TX 76065
>
>WALGREEN COMPANY
>Corporate Headquarters
>Attn: Ms. Kathy Jarosch
>1417 Lake Cook #L253
>Deerfield, IL 60015

```
                                        s/ Elizabeth L. Collins
Date:  June 23, 2005                    _____
                                   By:  Elizabeth L. Collins
                                        Bar No. 487864
                                        Attorney for Plaintiff
                                        United States Attorneys Office
                                        318 South 6th Street
                                        Springfield, Il 62701
                                        Telephone: 217/492-4450
                                        Fax:  217/492-4888
                                        email:  beth.collins@usdoj.gov
```