UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

E-FILED
Tuesday, 05 July, 2005 11:19:48 AM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 98-40024-001 |
| ) | |
| MONTE J. FAUSETT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WALGREEN COMPANY, ) | |
| ) | |
| Garnishee. ) | |

FILED
JUL 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ANSWER OF THE GARNISHEE

1. **IF GARNISHEE IS AN INDIVIDUAL:**

   That he/she is Garnishee herein doing business in the name of _____.

   **IF GARNISHEE IS A PARTNERSHIP:**

   That he/she is a member of a partnership in the name of _____.

   **IF GARNISHEE IS A CORPORATION:**

   That he/she is the (State Official Title) *garnishment administrator* of Garnishee, a corporation organized under the laws of the State of *Illinois*.

2. The address of the Garnishee is _____.
   
   Diane Wood
   Payroll Department
   WALGREEN COMPANY
   1417 Lake Cook Road - MS L253
   Deerfield, IL 60015-5223

3. The Garnishee was served with the Writ of Continuing Garnishment on *6/24/05* (Date).

4. For the pay period in effect on this date of service:

   A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.     ✓ Yes __ No

If yes, indicate type of compensation owed.

B. Indicate the payment periods: __ weekly, ✓ bi-weekly, __ semi-monthly, __ monthly.

C. State when the present payment period began: __6/9/05__ (Date) and ends __6/22/05__ (Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

D. Enter the total amount of payment due and Calculate below:

(1) Total Payment              $ __957.51__

(2) Federal income tax         $ _____

(3) F.I.C.A.                   $ _____

(4) State income tax           $ _____

(5) Other required and specify $ _____

Total of required withholdings $ _____

Disposable earnings            $ __727.54__

5. Are there any previous garnishments in effect:

✓ Yes __ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

child support which is 31% of earnings. will be unable to withhold anything.

$ 219.23 is biweekly deduction

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.   N/A

___ The Garnishee makes the following claim of exemption on the part of defendant: _____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:   N/A

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.   N/A

4

8. On __6/24/05__, the Garnishee mailed a copy of this answer by first-class mail to:

(a) **Original** to:   Clerk, U. S. District Court
Federal Building, Room 40
Rock Island, Illinois 61201

(b) Debtor Name:   MONTE J. FAUSETT
at:   1600 N. 9th Street Apt. 914
Midlothian, TX 76065

(c) the Attorney for the United States:

U. S. Attorneys Office
Financial Litigation Unit
318 S. 6th Street
Springfield, Illinois 62701

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

_____  6/24/05
Signature & Title

_____
(Printed Name & Title) Diane Wood
Payroll Department
WALGREEN COMPANY
Address   1417 Lake Cook Road - MS L388
Deerfield, IL 60015-5223

_____

Telephone

_____

Fax Number

_____

Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)