**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 98-40024-001 |
| ) | |
| MONTE J. FAUSETT, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| WALGREEN COMPANY, ) | |
| ) | |
| Garnishee. ) | |

**REPORT ON DISCHARGE OF WRIT OF GARNISHMENT**

Now comes the United States of America and gives notice that the Answer of the Garnishee(Doc. 28)shows that there are no funds to be withheld or turned over because there is a current withholding for child support which leaves no non-exempt earnings that would be subject to this garnishment.

Therefore, the Writ of Continuing Earnings Garnishment has been discharged and no further action will be taken on this garnishment.

Respectfully submitted,

s/ Elizabeth L. Collins

By: Elizabeth L. Collins
Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 South 6th Street
Springfield, Il 62701
Telephone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **REPORT ON DISCHARGE OF WRIT OF GARNISHMENT**, has been placed in the United States mail addressed to:

>MONTE J. FAUSETT
>1600 N. 9th Street Apt. 914
>Midlothian, TX 76065
>
>WALGREEN COMPANY
>Corporate Headquarters
>Attn: Ms. Kathy Jarosch
>1417 Lake Cook #L253
>Deerfield, IL 60015

Date: July 14, 2005

```
                          s/ Elizabeth L. Collins
                     By:  Elizabeth L. Collins
                          Bar No. 487864
                          Attorney for Plaintiff
                          United States Attorneys Office
                          318 South 6th Street
                          Springfield, Il 62701
                          Telephone: 217/492-4450
                          Fax:  217/492-4888
                          email:  beth.collins@usdoj.gov
```