## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 98-40024-001 |
| | ) |
| MONTE J. FAUSETT, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| T&E INVESTMENT GROUP LLC | ) |
| (ROBERTS INVESTMENT GROUP), | ) |
| | ) |
| Garnishee. | ) |

## **O R D E R**

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

    s/Joe B. McDade    
Joe B. McDade
UNITED STATES DISTRICT JUDGE

**ENTERED:** This  30th  day of   July  , 2008.