E-FILED
Tuesday, 05 August, 2008  02:07:13 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 98-40024-001 |
| | ) |
| MONTE J. FAUSETT, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| T&E INVESTMENT GROUP LLC | ) |
| (ROBERTS INVESTMENT GROUP), | ) |
| | ) |
| Garnishee. | ) |

## **A F F I D A V I T**

State of Illinois
County of Sangamon

    I, James A. Lewis, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

    I served the Writ of Continuing Earnings Garnishment on MONTE J. FAUSETT, defendant, on the 5th day of August, 2008 by placing the Writ in the United States mail, postage prepaid, addressed to the defendant at his last known address in Midlothian, TX along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

    s/ James A. Lewis

By:    James A. Lewis, Bar No. 5470 (NC)
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888 or 4580
email: jim.lewis2@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, James A. Lewis, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED: August 5, 2008                           s/James A. Lewis

                                                                                              _____

By:    James A. Lewis, Bar No. 5470 (NC)
        United States Attorneys Office
        318 S. 6th Street
        Springfield, IL 62701
        Phone: 217/492-4450
        Fax: 217/492-4888 or 4580
        email: jim.lewis2@usdoj.gov

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **A F F I D A V I T**, has been made by placing in the United States mail, postage prepaid, addressed to:

>MONTE J. FAUSETT
>1600 N. 9th Street Apt. 914
>Midlothian, TX 76065
>
>T&E INVESTMENT GROUP LLC
>(ROBERTS INVESTMENT GROUP)
>Attn: Tim Roberts, President
>902 N. Highway 67 Suite 2
>Cedar Hill, TX 75104

August 5, 2008

               s/ James A. Lewis

         By: James A. Lewis, Bar No. 5470 (NC)
            United States Attorneys Office
            318 S. 6th Street
            Springfield, IL 62701
            Phone: 217/492-4450
            Fax: 217/492-4888 or 4580
            email: jim.lewis2@usdoj.gov