E-FILED
Wednesday, 20 August, 2008  09:28:50 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-40024-001 |
| | ) | |
| MONTE J. FAUSETT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| T&E INVESTMENT GROUP LLC | ) | |
| (ROBERTS INVESTMENT GROUP), | ) | |
| | ) | |
| Garnishee. | ) | |

CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7003 1010 0000 2840 8215 on August 11, 2008:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

            Respectfully submitted,

            RODGER A. HEATON
            UNITED STATES ATTORNEY

            s/ James A. Lewis

By:    James A. Lewis  NC Bar No. 5470
            Attorney for Plaintiff
            United States Attorneys Office
            318 South 6th Street
            Springfield, Il 62701
            Telephone: 217/492-4450
            Fax:  217/492-4888 or 4580
            email:  jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing CERTIFICATE OF SERVICE,

has been placed in the United States mail addressed to:

>MONTE J. FAUSETT
>1600 N. 9th Street Apt. 914
>Midlothian, TX 76065
>
>T&E INVESTMENT GROUP LLC
>(ROBERTS INVESTMENT GROUP)
>Attn:  Tim Roberts, President
>902 N. Highway 67 Suite 2
>Cedar Hill, TX 75104

Date:  August 20, 2008

                      s/ James A. Lewis

By:    James A. Lewis  NC Bar No. 5470
       Attorney for Plaintiff
       United States Attorneys Office
       318 South 6th Street
       Springfield, Il 62701
       Telephone: 217/492-4450
       Fax:  217/492-4888 or 4580
       email:  jim.lewis2@usdoj.gov