E-FILED
Tuesday, 26 August, 2008  09:19:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-40024-001 |
| | ) | |
| MONTE J. FAUSETT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| T&E INVESTMENT GROUP LLC | ) | |
| (ROBERTS INVESTMENT GROUP), | ) | |
| | ) | |
| Garnishee. | ) | |

**FILED**

**AUG 2 5 2008**

**U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS**

**ORIGINAL**

## ANSWER OF THE GARNISHEE

1.  **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of _____

_____

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of _____

_____

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) _MANAGER_ of Garnishee, a

corporation organized under the laws of the State of _TEXAS_ .

2. The address of the Garnishee is _902 N. HWY. 67, SUITE 2_

_CEDAR HILL, TX 75104_ .

3. The Garnishee was served with the Writ of Continuing Garnishment on _AUG. 14, 2008_

(Date).

2

4. For the pay period in effect on this date of service:

    A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.    X Yes __ No

If yes, indicate type of compensation owed. _WAGES/SALARY_____

_____

    B. Indicate the payment periods: __ weekly, __ bi-weekly, X semi-monthly, ___ monthly.

    C. State when the present payment period began: _8/16/08_____(Date) and ends

_8/31/08_____(Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

    D. Enter the total amount of payment due and Calculate below:

        (1) Total Payment             $ _3000 ⁰⁰_____

        (2) Federal income tax        $_576.05_____

        (3) F.I.C.A.                 $_229.50_____

        (4) State income tax          $___-0-_____

        (5) Other required and specify   $___-0-_____

        Total of required withholdings     $_____

        Disposable earnings         $_2194.45_____

5. Are there any previous garnishments in effect:

    X Yes __ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_CHILD SUPPORT $384.27 SEMI-MONTHLY_

_ENDING IN JUNE 2013_

3

6. Garnishee anticipates owing to the judgment debtor in the future, the following

amounts:

|  Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an

exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: ____

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to

apply Garnishee's indebtedness to defendant upon Plaintiff's claim: .

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any

compensation; the Garnishee did not have in his/her possession or control any property belonging

to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner

liable as Garnishee in this action.

_____

_____

8. On ___*8/22/08*___, the Garnishee mailed a copy of this answer by first-class mail

to:

    (a) **Original** to:    Clerk, U.S. District Court
                                211 19th St., Rm 40
                                Rock Island, Illinois 62701

(b) Debtor Name:   MONTE J. FAUSETT
        at:   1600 N. 9th Street Apt. 914
           Midlothian, TX 76065

© The Attorney for the United States:
        U. S. Attorneys Office
        Financial Litigation Unit
        318 S. 6th Street
        Springfield, Illinois 62701

9.  I declare under penalty of perjury that the above answers are true and correct.  28

U.S.C. § 1746.

_____ Manager
Signature & Title

_Timothy R. Roberts, Manager_
(Printed Name & Title)

_902 N. Hwy. 67, Suite 2_
Address

_Cedar Hill, TX 75104_

_972-291-5565_
Telephone

_____
Fax Number

_Manager_
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)